# United States Bankruptcy Court
# Central District Of California

| In re:<br>Susan Doan | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 8:10–bk–14723–ES |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015–2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002–1(g)]
☒ Verification of Creditor Mailing List. [Local Rule 1007–2(d)]
☒ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b);
Local Rule 1002–1(g)]
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income
X  Addendum to Voluntary Petition (physical address required)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

      411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: April 13, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Vi Nguyen**
**Deputy Clerk**